MOTION FOR ELECTRONIC ACCESS

Dr. SHIVA AYYADURAI,
*Plaintiff,*

v.

MERRICK GARLAND, In His Official Capacity as Attorney General of the United States,

GARY THOMPSON, District of Columbia, Board of Elections

*Defendants.*

Case: 1:23–cv–02079
Assigned To : Chutkan, Tanya S.
Assign. Date : 6/21/2023
Description: Pro Se Gen. Civ. (F–DECK)

Civil Action No. _____

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

## MOTION FOR ELECTRONIC ACCESS

Plaintiff Dr. Shiva Ayyadurai respectfully requests the court to provide him electronic access to the ECF filing system so he may remotely upload pleadings.

Respectfully submitted,

*[signature]*

DR. SHIVA AYYADURAI, PHD
701 Concord Avenue
Cambridge, MA 02138
Telephone: (617) 631-6874
Email: vashiva@cytosolve.com

Dated: June 21, 2023

1

**RECEIVED**
JUN 21 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia