UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIVA AYYADURAI,<br><br>　Plaintiff,<br><br>　v.<br><br>MERRICK GARLAND *et al.*,<br><br>　Defendants. | Civil Action No. 1:23-cv-02079-LLA |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of the undersigned, David R. Wasserstein, Assistant Attorney General, as counsel for Defendant, Gary Thompson.

Date: January 23, 2024.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ David R. Wasserstein*
DAVID R. WASSERSTEIN [1736006]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 442-9784

Email: david.wasserstein@dc.gov

*Counsel for Defendant*