UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIVA AYYADURAI,<br><br>   *Plaintiff*,<br><br> v.<br><br>MERRICK GARLAND, *et al.*,<br><br>   *Defendants*. | Civil Action No. 23-2079 (LLA) |

**ORDER**

  This matter is before the court on Defendant Gary Thomas's Motion to Dismiss, ECF 11, and Defendant Merrick Garland's Motion to Dismiss, ECF 14. Plaintiff Dr. Shiva Ayyadurai, who is proceeding pro se, is advised of the following:

  Before the court rules on Defendants' motions to dismiss, Plaintiff is entitled to file a memorandum and supporting material in response. Under this court's local rules, a party opposing a motion must serve and file a memorandum of points and authorities in opposition within fourteen days of the date of service of the motion or "at such other time as the Court may direct." Local Civ. R. 7(b). Here, the court directs that Plaintiff's responses to both motions must be filed on or before **March 22, 2024**. If Plaintiff fails to respond to Defendants' motions in the time provided, the court may (1) treat the motion as conceded; *id.*; (2) rule on Defendants' motions based on Defendants' arguments alone and without considering Plaintiff's arguments; or (3) dismiss Plaintiff's claims for failure to prosecute, *see Bristol Petroleum Corp. v. Harris*, 901 F.2d 165, 167 (D.C. Cir. 1990). Further, if Plaintiff opposes the motions but addresses only some of Defendants' arguments, the court may treat the arguments that Plaintiff failed to address as conceded. *See, e.g.*, *Xenophon Strategies, Inc. v. Jernigan Copeland & Anderson, PLLC*, 268 F.

Supp. 3d 61, 72 (D.D.C. 2017); *Hopkins v. Women's Div., Gen. Bd. of Glob. Ministries*, 284 F.Supp.2d 15, 25 (D.D.C. 2003) ("It is well understood in this Circuit that when a plaintiff files an opposition to a dispositive motion and addresses only certain arguments raised by the defendant, a court may treat those arguments that the plaintiff failed to address as conceded."), *aff'd* 98 F. App'x 8 (D.C. Cir. 2004).

Accordingly, it is hereby **ORDERED** that Plaintiff shall respond to Defendants' Motions to Dismiss on or before **March 22, 2024**. If Plaintiff does not respond within the time provided, the court may treat the motions as conceded, dismiss Plaintiff's claims for failure to prosecute, or rule on the motions to dismiss based on Defendants' arguments alone and without considering any arguments that Plaintiff may later wish to raise.

**SO ORDERED**.

/s/ Loren L. AliKhan
LOREN L. ALIKHAN
United States District Judge

Date: February 21, 2024