**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF IN THE**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Dr. SHIVA AYYADURAI,
        *Plaintiff,*

        v.

MERRICK GARLAND, In His Official
Capacity as Attorney General of the United
States,

GARY THOMPSON, District of Columbia,
Board of Elections

        *Defendants.*

Civil Action No. 1:23-cv-02079

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**AFFIDAVIT OF CRYSTAL ELLIS**

I, CRYSTAL ELLIS, do hereby depose and state as follows:

1. I am over 18 years of age and I am competent to state, and have personal knowledge of the matters set forth herein.

2. I am a Regional Leader in the WEST REGION for Plaintiff Dr. Shiva Ayyadurai's campaign for U.S. President in 2024 ("Dr.SHIVA 4 PRESIDENT").

3. I am a Leader in the STATE of NEBRASKA for Plaintiff Dr. Shiva Ayyadurai's campaign for U.S. President in 2024 ("Dr.SHIVA 4 PRESIDENT").

4. I am a Volunteer in the STATE of NEBRASKA for Dr.SHIVA 4 PRESIDENT.

5. I started volunteering for Dr.SHIVA 4 PRESIDENT on April 19, 2023.

6. In the State of Utah, we collected over 1,451 signatures and the Secretary of State of UTAH confirmed we had achieved 1,033 verified signatures, although only 1000 were required for Dr.SHIVA 4 PRESIDENT to be on the ballot.

7. I have sent Certified Mail with receipts of the Declaration Certificate of Nomination, and have email confirmation that they have been received and accepted by the Secretary of State office in Utah.

8. Dr.SHIVA 4 PRESIDENT  also has receipts that the UTAH Presidential Electors Certification form has been received and accepted by the UTAH Secretary of State office within ten (10) days of filing the Declaration Certificate of Nomination.

9. As a final part of our process, the UTAH Secretary of State office required we make a final payment of $500.00. I contacted Shelly Jackson at the UTAH Secretary of State office to make payment. At that point Ms Jackson informed me that DR. SHIVA Ayyadurai would have to file another form attesting to him being "natural born," although by UTAH's own instructions, the form I submitted as the Designated Agent is sufficient.

10. Although we have completed all the State requirements ahead of time to be on UTAH's State ballot, they are not consummating the process.

Signed under the penalties of perjury this 20th day of March 2024.

CRYSTAL ELLIS
11909 N. 58th St.
Omaha, NE 68152

2