### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

SHIVA AYYADURAI,

       *Plaintiff*,

  v.

MERRICK GARLAND, *et al.*,

       *Defendants*.

Civil Action No. 23-2079 (LLA)

### ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 21, it is hereby **ORDERED** that Defendants' Motions to Dismiss, ECF Nos. 11 & 14, are **GRANTED**, and the case is **DISMISSED** without prejudice.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

**SO ORDERED**.

                                              /s/ Loren L. AliKhan
                                              LOREN L. ALIKHAN
                                              United States District Judge

Date: May 7, 2024