UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHIVA AYYADURAI,**<br><br>   **Plaintiff,**<br><br>   **v.**<br><br>**MERRICK GARLAND,** *et al.***,**<br><br>   **Defendants.** | **No. 1:23-cv-002079-LLA** |

### NOTICE OF CROSS-APPEAL

Notice is hereby given that Defendant Gary Thompson (the District) cross-appeals to the United States Court of Appeals for the District of Columbia Circuit from the final order and opinion entered in this action on May 7, 2024 [21 & 22] dismissing Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(1) for lack of jurisdiction.  Plaintiff filed a notice of appeal from that judgment on May 14 [23], which was docketed in the Court of Appeals on May 15, *see* No. 24-5133 (D.C. Cir.), ECF No. 2054544.  Under Federal Rule of Appellate Procedure 4(a), this notice of cross-appeal is timely filed within 30 days after entry of the judgment.

Dated: June 3, 2024.                           Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

*/s/ Honey Morton*
HONEY MORTON [1019878]

               Assistant Chief, Equity Section

               */s/ David R. Wasserstein*
               DAVID R. WASSERSTEIN [1736006]
               AMANDA PESCOVITZ [1735780][1]
               Assistant Attorneys General
               400 6th Street, NW
               Washington, D.C. 20001
               Phone: (202) 442-9784
               Email: david.wasserstein@dc.gov

               *Counsel for Defendant Gary Thompson*

## CERTIFICATE OF SERVICE

    I certify that on June 3, 2024, I served a copy of the foregoing notice and accompanying attachments by email upon:

Dr. Shiva Ayyadurai
701 Concord Avenue
Cambridge, MA 02138
vashiva@cytosolve.com

*Pro Se Plaintiff*

               */s/ David R. Wasserstein*
               David R. Wasserstein [1736006]

---

[1] Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver). Practicing under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant to D.C. App. R. 46-A(d)(2).