# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5133**　　　　　　　　　　　　　　　　　**September Term, 2024**

**1:23-cv-02079-LLA**

**Filed On: January 3, 2025** [2092451]

Shiva Ayyadurai, Dr.,

     Appellant

    v.

Merrick B. Garland, In His Official Capacity
as Attorney General of the United States
and Gary Thompson, District of Columbia,
Board of Elections,

     Appellees

------------------------------

Consolidated with 24-5153

## M A N D A T E

    In accordance with the order of October 28, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                      BY:   /s/
                              Daniel J. Reidy
                              Deputy Clerk

Link to the order filed October 28, 2024