# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5133**  **September Term, 2024**

1:23-cv-02079-LLA

**Filed On:** October 28, 2024

Shiva Ayyadurai, Dr.,

    Appellant

    v.

Merrick B. Garland, In His Official Capacity as
Attorney General of the United States and
Gary Thompson, District of Columbia, Board
of Elections,

    Appellees

------------------------------

Consolidated with 24-5153

    **BEFORE:**   Henderson, Pillard, and Walker, Circuit Judges

## O R D E R

    Upon consideration of the motions for summary affirmance; the motion for reconsideration, which contains a response to the court's July 31, 2024 order to show cause and an opposition to the motions for summary affirmance; the response to the motion for reconsideration; and the motion to voluntarily dismiss, it is

    **ORDERED** that the motion for reconsideration be granted. The Clerk's order filed September 19, 2024, is hereby vacated, and the appeal in No. 24-5133 is reinstated. It is

    **FURTHER ORDERED** that the court's July 31, 2024 order to show cause be discharged. It is

    **FURTHER ORDERED** that the motions for summary affirmance in No. 24-5133 be granted. The merits of the parties' positions are so clear as to warrant summary action. See <u>Taxpayers Watchdog, Inc. v. Stanley</u>, 819 F.2d 294, 297 (D.C. Cir. 1987)

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-5133**             **September Term, 2024**

(per curiam).  The district court correctly dismissed appellant's case for lack of standing.  As to appellant's claims against both appellees, appellant failed to allege that he had suffered a concrete or imminent injury in fact.  Appellant also failed to allege an injury traceable to the United States Attorney General.  See Lujan v. Defenders of Wildlife, 504 U.S. 555, 559-61 (1992).  It is

     **FURTHER ORDERED** that the motion to voluntarily dismiss in No. 24-5153 be granted.  The appeal in No. 24-5153 is hereby dismissed without an award of costs.  See Fed. R. App. P. 42(b)(2); Fed. R. App. P. 39; D.C. Cir. Rule 39(a).

     Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

                                **Per Curiam**